UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:20-CR-00699 (RMB) |
| V. | : | |
| STEVEN WALKER | : | ORDER AMENDING CONDITION OF RELEASE |

THIS MATTER having come before the Court by request of the defendant, Steven Walker, seeking an ORDER permitting the defendant to attend family gatherings for the Christmas and New Year's Holidays. With the consent of the United States Government, the defendant seeks to travel to his parent's residence located at 35 North 28th Street, Camden, NJ, 08105, on Friday, December 24, 2021 and Saturday, December 25, 2021, on each day to leave his home no earlier than 12:30pm and return no later than 9:30pm; and on Friday, December 31, 2021, to leave his home no earlier than 1:30pm and return no later than 12am; and on Saturday, January 1, 2022, to leave his home no earlier than 12:30pm and return no later than 9:30pm, For good cause shown;

IT IS on this ____ day of _____ 2021, **ORDERED** that the conditions of the defendant's Pretrial release are hereby amended, solely to allow Steven Walker to attend the family gatherings as described above.

It is further ORDERED that the defendant shall not travel to any other location other than the aforementioned family residence;

And it is further ORDERED that all other conditions of the defendant's pretrial release shall remain in place.

Hon. Renée Marie Bumb
United States District Court Judge

Form and entry consented to by:

Sara Merin
Assistant United States Attorney

Megan J. Davies, Esquire
Counsel for Defendant, Steven Walker